## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Annabelle J. Colon, a Special Agent with the Drug Enforcement Administration ("DEA"), duly sworn, does state the following:

## INTRODUCTION

1.     Your Affiant submits this affidavit in support of a criminal complaint and arrest warrant charging defendant ROBERT RAY MITCHELL for Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(C), all on or about July 17, 2026.

## AGENT'S BACKGROUND

2.     Affiant is currently employed as a Special Agent with the DEA for approximately six years. Your Affiant has been assigned to the Cleveland District Office ("CDO") and has been so since February of 2021. During this time, I have been assigned investigative responsibilities in the area of drug law violations. I have completed the 14-week DEA Basic Agent Training course in Quantico, Virginia. As part of the BAT course, I have received training in narcotic investigations, narcotic interdiction, identification of narcotics, search and seizure issues, preparing search warrants, surveillance techniques, preparation and execution of narcotic search warrants, debriefing of defendants, witnesses, and cooperating sources.

3.     I have been involved in numerous narcotics-related arrests, executed search warrants, and seized narcotics and dangerous drugs. I have supervised the activities of numerous informants and cooperating witnesses who have provided information and assistance resulting in drug buys, searches, and arrests. Based on the

1

above experience, I am familiar with the *modus operandi* of persons involved in the illicit distribution of controlled substances, as well as the terminology used by persons involved in the illicit distribution of controlled substances. I am aware that persons involved in the illicit distribution of controlled substances nearly always attempt to conceal their identities and the locations at which drug transactions take place. I know that individuals engaged in organized drug distribution and sales often maintain records of those sales and also maintain extensive contacts with persons from whom they receive drugs and to whom they distribute drugs. It is likewise essential that such organized groups meet to formulate plans concerning narcotics or other illegal activities, and to divide their illegal proceeds.

4.　　　　I am familiar with distribution-level quantities of controlled substances, including approximate amounts for various drugs that users take, compared to amounts and types of drugs possessed by dealers who sell or otherwise provide drugs to others. In my experience, I am aware that drug dealers typically possess larger quantities of controlled substances compared to users. I am further aware that drug dealers are more likely to possess different types of controlled substances so they can offer different products to different users. I am aware that drug dealers often possess "tools of the trade," such as scales and packing material, to aid in their distribution activities.

5.　　　　I have also received training in the identification of narcotics, search and seizure issues, and preparing search warrants. I have had experience in surveillance techniques, investigating narcotic and criminal cases, including the preparation and execution of narcotic and other criminal case search warrants and debriefing of defendants, witnesses, cooperating sources and other persons who have personal

2

knowledge of narcotics and criminal violations. I have been involved in narcotic related arrests and executed search warrants, which resulted in the seizure of narcotics, and supervised the activities of informants who have provided information and assistance resulting in narcotic purchases. I have questioned suspects, debriefed informants and have conferred with other officers and prosecuting attorneys, and as a result have gained experience in investigating drug trafficking organizations.

6. On a regular basis, I review law enforcement bulletins and intelligence reports regarding narcotic trafficking and smuggling, and remain in communication with counterparts in order to keep up to date with modern techniques and trends used by narcotic traffickers in the domestic and international arena.

7. This Affidavit contains information necessary to support probable cause for this criminal complaint and arrest warrant. It is not intended to include each and every fact and matter observed by me or law enforcement or known to the government or serve as verbatim or transcribed accounts of events referenced in the affidavit.

## PROBABLE CAUSE

8. On July 17, 2026, at approximately 6:18 p.m., the Ohio State Highway Patrol (OSHP) initiated a traffic stop on a gray 2024 Mazda CX-90 SUV bearing state of Ohio license plate KXC7227 (VIN: JM3KKEHA8R1130491), registered to Immaculate Management LLC, 3401 Enterprise Parkway, STE 34, Cleveland, Ohio 44122. At this time, MITCHELL[1] was the sole occupant of the vehicle. The traffic stop

---

[1] According to law enforcement records, MITCHELL has an Ohio computerized criminal history to include Drug Abuse (Cleveland PD, 2000), Drug Abuse (Cleveland PD, 2000) and Violation of State Drug Law (2000). Investigators learned that MITCHELL was charged through a Federal Criminal Complaint in 2005 for Conspiracy to Possess with Intent to Distribute Crack Cocaine and sentenced to ninety-one (91) months in prison.

3

was conducted in the Northern District of Ohio, Eastern Division at the intersection of W. Huron Rd and Ontario in Cleveland, Ohio for driving under suspension.

9.      MITCHELL provided his driver's license to OSHP officers revealing the name of ROBERT RAY MITCHELL, date of birth of 8/27/1976, and an address at 3401 Enterprise Pkwy Ste 340467, Beachwood, OH 44122.

10.      OSHP officers conducted a canine sniff of MITCHELL's vehicle. After the canine alerted to the presence of suspected narcotics, troopers conducted a search of the vehicle which revealed approximately sixteen (16) kilograms of suspected cocaine, located in the trunk of MITCHELL's vehicle. The narcotics consisted of 16 individually wrapped brick-shaped packages contained in a red and black bag.

11.      Immediately after, investigators from the DEA arrived at the scene. OSHP officers relinquished the 16 kilograms of cocaine to DEA investigators along with multiple cellular devices and an undetermined amount of U.S. Currency. The evidence was then transported by DEA investigators to the Cleveland District Office. During evidence processing, investigators conducted a presumptive field test on one of the bricks, resulting positive for the presence of cocaine. Based on my training and experience, this amount of cocaine and the manner in which it was packaged is consistent with distribution.

12.      Consequently, MITCHELL was detained and later transported to the Cuyahoga County jail in Cleveland, Ohio. Based on the quantity of the drugs seized from MITCHELL, your Affiant believes that MITCHELL possessed the drugs in his vehicle with the intent to further distribute them in the Northern District of Ohio.

**CONCLUSION**

4

13.    For the foregoing reasons, your Affiant submits that there is probable cause in support of a criminal complaint against Defendant ROBERT RAY MITCHELL for Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), on or about July 17, 2026.

_____
Annabelle J. Colon
Special Agent
Drug Enforcement Administration

Sworn to via telephone on this 20th day of July, 2026 at 11:50 a.m. after submission by reliable electronic means.  Fed. R. Crim. P. 3, 4(d), and 4.1

_____
Jennifer Dowdell Armstrong
U.S. Magistrate Judge